NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-3127

KELLY S. JENNINGS,

Petitioner,

v.

SOCIAL SECURITY ADMINISTRATION,

Respondent.

Petition for review of the Merit Systems Protection Board
in CB7521070026-T-1.

ON MOTION

<u>O R D E R</u>

Kelly S. Jennings moves for an extension of time, until July 15, 2009, to file his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

|  | FOR THE COURT |
| --- | --- |
| **JUN 23 2009** | /s/ Jan Horbaly |
| Date | Jan Horbaly |
|  | Clerk |

cc:   Kelly S. Jennings
      Austin M. Fulk, Esq.

s17



FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 23 2009

JAN HORBALY
CLERK